UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY A. WOODHAMS, et al.,
                       Plaintiffs,

-v-

PFIZER INC.,
                       Defendant.

18-CV-3990 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The parties are directed to file a joint letter by July 16, 2021, advising the court as to the status of this action.

    SO ORDERED.

Dated: July 2, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge